IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



CHARLES R. COHEN, et al.    :
                            :
v.                          :   Civil Action WMN-00-1168
                            :
ENTANGIBLE.COM, et al.      :

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 14th day of November 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendants' Motion to Dismiss Count III of the Complaint (Paper No. 7) is hereby DENIED; and

2. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to all counsel of record.

William M. Nickerson
United States District Judge