IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern District

| | |
|---|---|
| CHARLES R. COHEN, et. al., | ) |
| | ) Civil Case No. WMN 00CV1168 |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ENTANGIBLE.COM, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Joint Motion to Extend Discovery and Joint Request for Mediation, it is this 21st day of November, 2000,

ORDERED that the Joint Motion to Extend Discovery is granted. The new discovery deadline and date for submission of the status report is January 4, 2001.

IT IS FURTHER ORDERED that all dispositive motions are due on or before February 5, 2001.

_____
Judge William M. Nickerson

Copies to:

Robin R. Cockey, Esq.
COCKEY, BRENNAN & MALONEY, P.C.
116 West Main Street, Suite 305
Salisbury, Maryland 21801

Christopher A. Weals
Charles F. Walters
SEYFARTH SHAW
815 Connecticut Avenue, N.W., #500
Washington, D.C. 20006-4004

DC1 30041417 v 1