IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES R. COHEN, et al.         :
                                 :
v.                               :
                                 :   Civil No. WMN-00-1168
ENTANGIBLE.COM, et al.           :
                                 :

MEMORANDUM AND ORDER

Pending before the Court is a joint Request for Extension of the Discovery Deadline (Paper No. 15). According to the request, the additional time is necessary due to difficulties in scheduling a mutually convenient independent medical examination of Mr. Cohen.

Accordingly, IT IS this 22nd day of November, 2000, by the United States District Court for the District of Maryland, ORDERED:

1. That the Request for Extension of the Discovery Deadline (Paper No. 15), is hereby GRANTED;

2. That the discovery deadline is extended to January 5, 2001, and the dispositive motion deadline is extended to February 2, 2001;

3. That the Clerk of the Court shall mail copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
United States District Judge