### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
**WILLIAM M. NICKERSON**
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

## MEMORANDUM TO FILE

**January 25, 2001**

**Cohen v. Entangible.Com**
**Civil Action No. WMN-00-1168**

On January 11, 2001, this case was referred to U. S. Magistrate Judge Jillyn K. Schulze for the purpose of holding a settlement/ADR conference (Pleading 24). Thereafter, on January 18, 2001, another Order of Reference was issued for the same purpose (Pleading 26). This Memorandum shall serve as an Order Vacating Pleading 26, the second Order of Reference for the purpose of holding a settlement conference.

**William M. Nickerson**
**United States District Judge**