IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES R. COHEN et al., | * |
| Plaintiffs, | * |
| | * |
| v. | *    Civil Action No. WMN-00-1168 |
| | * |
| ENTANGIBLE.COM et al., | * |
| Defendants. | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

For the reasons stated in the accompanying Memorandum, it is this 8TH day of February, 2001 HEREBY ORDERED that:

1.   Plaintiffs' Motion To Compel Production of Documents is granted.  (Paper No. 23).

2.   Defendants shall produce within five (5) days of this Order the two-page Statement of Karen Hanson described in the accompanying Memorandum.

3.   The Clerk of the Court shall mail copies of this Order and the accompanying Memorandum to counsel of record.

February 8, 2001
_____
Date

_____
Beth P. Gesner
United States Magistrate Judge

2/9/01