"EXHIBIT A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern District

| | |
|---|---|
| CHARLES R. COHEN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Case No. WMN 00CV1168 |
| | ) |
| ENTANGIBLE.COM, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned action with prejudice, each party to bear its own fees and costs.

Respectfully submitted,

_____
Robin R. Cockey, Esq.
COCKEY, BRENNAN & MALONEY, P.C.
116 West Main Street, Suite 305
Salisbury, Maryland 21801
(410) 546-1750

*Attorneys for Plaintiffs*

_____
Christopher A. Weals
SEYFARTH SHAW
815 Connecticut Avenue, N.W., Suite 500
Washington, D.C. 20006
(202) 463-2400

*Attorneys for Defendants*

SO ORDERED:

_____
United States District Judge

Dated: 5/11/01

FILED ____ ENTERED
MAY 1 2001
COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY